# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINT SCOTT SOOSAY,<br><br>Defendant. | CR-03-143-GF-BMM<br>CR 04-48-GF-BMM<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 22, 2017. (Doc. 32.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 16, 2017. (Doc. 32 at 3.) Soosay admitted that he violated the conditions of his supervised release.

The violations prove serious and warrant revocation of Soosay's supervised release. Judge Johnston has recommended that the Court revoke Soosay's supervised release and commit Soosay to the custody of the Bureau of Prisons for 4 months. *Id.* Judge Johnston further has recommended that 32 months of supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Soosay's violations of his conditions represent a serious breach of the Court's trust. A sentence of 4 months custody followed by 32 months supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 32) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Clint Scott Soosay be sentenced to 4 months custody, followed by 32 months of supervised release.

DATED this 6th day of April, 2017.

Brian Morris
United States District Court Judge