# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON SCOTT SOOSAY,<br><br>Defendant. | CR-03-143-GF-BMM-JTJ<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 5, 2019. (Doc. 92). Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 5, 2019. The United States alleged that Soosay had violated the conditions of his supervised release by: 1) using a controlled substance on ten separate occasions; and 2) consuming alcohol. This Court issued a warrant for Soosay's arrest on May 17, 2019. (Doc.

1

86). Soosay admitted to the alleged violations. (Doc. 92 at 2). The violations prove serious and warrant revocation of Soosay's supervised release.

Judge Johnston has recommended that the Court revoke Soosay's supervised release and commit Soosay to the custody of the Bureau of Prisons for six (6) months. *Id.* Judge Johnston further has recommended that supervised release should not follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Soosay's violations represent a serious breach of the Court's trust. A custody term of six (6) months with no supervised release to follow proves sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 92) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Clint Soosay receive a custody sentence for six (6) months with no supervised release to follow.

DATED this 7th day of June, 2019.

Brian Morris
United States District Court Judge